UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANNA ARAGONA, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>RETRIEVAL MASTERS CREDITORS BUREAU, INC., and JOHN DOES 1-25,<br><br>Defendant(s). | Case No. 2:19-cv-07934<br><br><br><br>**RULE 7.1 DISCLOSURE STATEMENT** |
| RETRIEVAL MASTERS CREDITORS BUREAU, INC.,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>DAVID SUSSMAN,<br><br>Third-Party Defendant. | |

Pursuant to Rule 7.1, Defendant Retrieval Masters Creditors Bureau, Inc., by and through its undersigned counsel, hereby submits the following disclosure statement:

1. No publicly held corporation owns 10% or more of Retrieval Masters Creditors Bureau, Inc.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated:  April 12, 2019

          **GORDON REES SCULLY MANSUKHANI, LLP**
          *Attorneys for Defendant/Third-Party Plaintiff*
          *Retrieval Masters Creditors Bureau, Inc.*

By: *s/ Peter G. Siachos*
     Peter G. Siachos, Esq.
     18 Columbia Turnpike, Suite 220
     Florham Park, NJ 07932
     Telephone: (973) 549-2500
     Facsimile: (973) 377-1911
     Email: psiachos@grsm.com